| | |
|---|---|
| Law Offices of Travis Gagnier, Inc., P.S.<br>Attorney at Law<br>33507 Ninth Avenue South, Bldg. F<br>P.O. Box 3949<br>Federal Way, WA 98063-3949<br>253-941-0234; gagnierecf@bestbk.com | Honorable Timothy W. Dore<br>CHAPTER 13 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SMITH, Danielle Dorita Mahala,**<br><br>Debtor.<br><br>**SMITH, Danielle Dorita Mahala,**<br><br>Plaintiff,<br><br>vs.<br><br>**SAFECO INSURANCE COMPANY OF AMERICA INC., A LIBERTY MUTUAL COMPANY and THOMAS GEORGE ASSOCIATES LTD,**<br><br>Defendants. | Number 20-10631<br><br>Adversary Number: 20-<br><br>**COMPLAINT TO DETERMINE VALIDITY AND EXTENT OF LIEN** |

Danielle Dorita Mahala Smith (hereinafter "Plaintiff") alleges as follows:

**I. Jurisdiction**

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334 & 28 U.S.C. § 157(b)(2)(G). This matter relates to a case under Title 11 of the United States Code. This proceeding is defined as a "core proceeding" as that is defined in the Code. Plaintiff consents to entry of final orders or judgment by the bankruptcy court in this adversary proceeding.

**II. History**

2. That Plaintiff filed her Chapter 13 bankruptcy case in the United States bankruptcy court for the Western District of Washington on February 27, 2020 under case number 20-10631.

COMPLAINT - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 20-01098-TWD    Doc 1    Filed 12/21/20    Ent. 12/21/20 07:58:44    Pg. 1 of 3

3. That this Court upon the filing of the Petition duly entered an Order for Relief under the provisions of the Bankruptcy Code.

4. That Jason Wilson-Aguilar was appointed the chapter 13 Trustee in the Plaintiff's Chapter 13 case and serves in that capacity in this case.

5. That at all times material herein Defendant, Safeco Insurance Company of America Inc., A Liberty Mutual Company (hereinafter "Safeco") has conducted business in the State of Washington.

### III. Factual Allegations

6. That at all times material herein Plaintiff had in effect an automobile policy of insurance in regards to Plaintiff's automobile with Defendant.

7. That on or about the 23rd day of May 2019, Plaintiff was involved in an automobile accident (hereinafter "Accident").

8. Due to the Accident, Plaintiff incurred medical expenses. Safeco paid some of the medical expenses under that portion of the Safeco's automobile policy known as Personal Injury Protection (hereinafter "PIP"). Upon making said payments Safceo established a claim known internally by Safeco as Safeco "Claim No. LA000-0400611390-01".

9. That at some time after establishing its claim Safeco assigned for collection or otherwise its claim for subrogation and reimbursement to Defendant Thomas George Associates Ltd (hereinafter "Thomas George").

10. That subsequent to the Accident, Plaintiff employed attorneys A. Robert E. Thomson Law Offices and Ridgeline Law Group PLLC to represent her in pursuing a claim against the tortfeasor.

11. While Safeco and or Thomas George could have claimed a lien on any Settlement Proceeds and or any judgment obtained against the tortfeasor based upon its payment of certain

COMPLAINT - 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 20-01098-TWD    Doc 1    Filed 12/21/20    Ent. 12/21/20 07:58:44    Pg. 2 of 3

medical bills arising out of the Accident and Safeco's above referenced insurance policy (including but not limited to payments made under PIP), Defendants did not yet filed a proof of claim in the Plaintiff's Chapter 13 bankruptcy proceeding. Due to the automatic stay of 11 U.S.C. § 362, Defendants cannot claim a lien now.

## IV. Prayer for Relief

WHEREFORE, Plaintiff respectfully prays for the following relief:

12. That this Court entered a Judgment declaring that neither Safeco or Thomas George have a valid and enforceable lien or right to payment from any Settlement Proceeds and or judgment.

13. That Plaintiff have such further and other relief as the Court deems just and proper.

Dated this 21st day December 2020

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

COMPLAINT - 3

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 20-01098-TWD    Doc 1    Filed 12/21/20    Ent. 12/21/20 07:58:44    Pg. 3 of 3