**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SMITH, Danielle Dorita Mahala,**<br><br>Debtor.<br>_____<br>**SMITH, Danielle Dorita Mahala,**<br><br>Plaintiff,<br><br>    vs.<br><br>**SAFECO INSURANCE COMPANY OF AMERICA INC., A LIBERTY MUTUAL COMPANY and THOMAS GEORGE ASSOCIATES LTD,**<br><br>Defendants. . | Number 20-10631<br><br>Adversary Number: 20-01098<br><br><span style="color:red">**DEFAULT**</span><br>**JUDGMENT** |

THIS MATTER having come on regularly based upon the Motion and Declaration for Judgment and the Court having reviewed the files and records herein and being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that neither Safeco Insurance Company Of America Inc nor Thomas George Associates Ltd have a valid and enforceable lien or right of payment concerning any settlement proceeds offered by the tortfeasor or their insurance

JUDGMENT- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

company and/or judgment obtained against the tortfeasor in regards to an automobile accident that took place on or about the 23rd day of May 2019 involving the Plaintiff in regards to Safeco's automobile Policy Number and Safeco's claim known internally as Safeco "Claim No. LA000-0400611390-01.

///End of Order///

Presented by:
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

JUDGMENT- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 20-01098-TWD    Doc 11    Filed 02/10/21    Ent. 02/10/21 13:30:38    Pg. 2 of 2